IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| ANTHONY NOVAK<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF PARMA, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-02148<br><br>Judge:<br><br>Magistrate Judge |

**NOTICE OF CONSTITUTIONAL CHALLENGE**

Under Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiff Anthony Novak respectfully files this Notice of Constitutional Challenge. In his Complaint, attached as Exhibit 1, Mr. Novak challenges the constitutionality of Ohio Rev. Code § 2909.04(B) under the First and Fourteenth Amendments to the United States Constitution.

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

*/s/ Subodh Chandra*
Subodh Chandra (OH Bar No. 0069233)
Ashlie Case Sletvold (OH Bar No. 0079477)
Patrick Kabat (NY Bar No. 5280730)
Marvin Brown IV (OH Bar No. 0096128)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Patrick.Kabat@ChandraLaw.com
Marvin.Brown@ChandraLaw.com
*Attorneys for Plaintiff Anthony Novak*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2017, this document was filed using the Court's ECF system, and served upon the known Defendants and the Attorney General by regular mail on October 11, 2017 as follows:

>The City of Parma
>City of Parma
>6611 Ridge Road, Parma, Ohio 44129
>440-885-8000
>
>Kevin Riley
>c/o Parma Police Department
>5555 Powers Blvd.
>Parma, Ohio 44129
>
>Thomas Connor
>c/o Parma Police Department
>5555 Powers Blvd.
>Parma, Ohio 44129
>
>Ohio Attorney General
>Constitutional Offices
>30 East Broad Street, 16th floor
>Columbus, Ohio 43215
>Attention: Constitutional Certifications/Challenges

*/s/ Subodh Chandra*
*One of the attorneys for Plaintiff Anthony Novak*