IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY NOVAK<br>1815 Wexford Ave.<br>Parma, OH 44134<br><br>　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF PARMA<br>6611 Ridge Road<br>Parma, Ohio 44129,<br><br>KEVIN RILEY<br>THOMAS CONNOR<br>c/o Parma Police Department<br>5555 Powers Blvd.<br>Parma, Ohio 44129<br>(Individually and in their Official Capacities<br>As Employees of the City of Parma, Ohio),<br><br>　　-and-<br><br>JOHN DOE<br>(Individually and as a member of the Ohio<br>Internet Crimes Against Children Task Force)<br><br>　　Defendants. | Case No. 1:17-cv-02148<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge William H. Baughman, Jr. |
| **MOTION TO WITHDRAW AS COUNSEL** ||

Patrick Kabat moves to withdraw as counsel of record for Plaintiff Anthony Novak. On May 17, 2019, Mr. Kabat will leave The Chandra Law Firm LLC to launch a network of First Amendment law-school clinics. Plaintiff will continue to be represented by The Chandra Law Firm LLC. Plaintiff also requests that the Court direct the Clerk to remove Mr. Kabat from the CM/ECF service list in this matter.

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

*/s/ Patrick Kabat*
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Patrick Kabat (NY Bar No. 5280730)
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Patrick.Kabat@ChandraLaw.com

*Counsel for Plaintiff Anthony Novak*

## Certificate of service

I certify that this document was filed using the Court's ECF system, which will send notification to all counsel of record.

*/s/ Patrick S. Kabat*
One of the attorneys for Plaintiff Anthony Novak