# Strang, Steven

| | |
|---|---|
| **From:** | Subodh Chandra [subodh.chandra@chandralaw.com] |
| **Sent:** | Thursday, December 19, 2019 10:44 PM |
| **To:** | Strang, Steven |
| **Cc:** | Travis, John; Tim Dobeck; Bloor, Paula; Ashlie Case Sletvold |
| **Subject:** | Re: Novak |

Steven,

Please review my November 25 email to you on a separate email thread on this topic, which I thought settled this issue. Since then, my schedule has filled.

I am also overscheduled attending to year-end activities at the firm going into the Holidays. We expect in early-to-mid January to be able to attend to finalizing Mr. Novak's responses to Defendants' written discovery requests and to send you our own requests around the same time. (I had hoped to have them out sooner, but too many events intervened.) We can schedule depositions after both sides have their complete discovery responses in hand. Assuming that Defendants provide complete and candid initial responses rather than cause needless fights, I suggest we set aside several days for several key depositions in mid-February. I propose February 11–13 and will hold those days on my calendar as best I can through the first week of January. That is a more workable and orderly schedule for this (and most) litigation.

I will be out in U.S. Magistrate Judge Selection Committee interviews for the Court all day tomorrow and only able to attend to email intermittently next week with extended family in town and skeleton staffing at the office as our personnel take a much-needed break.

Thank you for your patience. I look forward to engaging with you further on this matter in the New Year. Best wishes to you, your family, and clients for the Holiday Season.

—
Subodh Chandra
The Chandra Law Firm LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, OH 44113.1326
216.578.1700 office • 216.578.1800 fax • 216.965.6463 mobile
Subodh.Chandra@ChandraLaw.com
www.ChandraLaw.com
Twitter: @ChandraLawFirm • @SubodhChandra • Facebook: The Chandra Law Firm LLC

This email may contain privileged or confidential information. If you are not the intended recipient, then please delete it and alert us.

On Wed, Dec 18, 2019 at 10:40 AM Strang, Steven <sstrang@gallaghersharp.com> wrote:

Subodh,



1

I am following up on the below. Please provide a few dates for your client's deposition in early January, before our conference with the Court.

Thanks,

Steven

---

**Steven D. Strang, Esq.**

**Gallagher Sharp** | Attorneys

Direct: Cleveland 216.522.1037 | Columbus 614.340.2296

Fax: 216.340.2301

sstrang@gallaghersharp.com

www.gallaghersharp.com

OSBA Certified Specialist, Insurance Law



This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by e-mail or by telephone at (216) 241-5310 and delete the communication and destroy all copies. Thank you for your cooperation.

**From:** Strang, Steven [mailto:sstrang@gallaghersharp.com]
**Sent:** Thursday, November 21, 2019 4:40 PM
**To:** 'Subodh Chandra'

2

**Cc:** Travis, John; Tim Dobeck; Bloor, Paula; Ashlie Case Sletvold
**Subject:** RE: Novak

Subodh,

I do not recall such a request, but no matter.

We would prefer to have answers to our written discovery.  Please let us know your/his availability in early January.

Thanks,

Steven

## Steven D. Strang, Esq.

## Gallagher Sharp | Attorneys

Direct:  Cleveland 216.522.1037 | Columbus 614.340.2296

Fax:  216.340.2301

sstrang@gallaghersharp.com

www.gallaghersharp.com

OSBA Certified Specialist, Insurance Law



This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by e-mail or by telephone at (216) 241-5310 and delete the communication and destroy all copies. Thank you for your cooperation.

**From:** Subodh Chandra [mailto:subodh.chandra@chandralaw.com]
**Sent:** Wednesday, November 20, 2019 4:48 PM
**To:** Strang, Steven
**Cc:** Travis, John; Tim Dobeck; Bloor, Paula; Ashlie Case Sletvold
**Subject:** Re: Novak

Although I first requested dates for the officers' deposition, I will accommodate your request: Let me know if Monday, December 2, 10 am works for you (assuming the deposition takes place in downtown Cleveland). Please tell us where. You're welcome to use our conference room, but I imagine you might want to use yours?

---
Subodh Chandra
The Chandra Law Firm LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, OH 44113.1326
216.578.1700 office • 216.578.1800 fax • 216.965.6463 mobile
Subodh.Chandra@ChandraLaw.com
www.ChandraLaw.com
Twitter: @ChandraLawFirm • @SubodhChandra • Facebook: The Chandra Law Firm LLC

---



This email may contain privileged or confidential information. If you are not the intended recipient, then please delete it and alert us.

On Wed, Nov 20, 2019 at 1:37 PM Strang, Steven <sstrang@gallaghersharp.com> wrote:

> Please see the attached.

**Steven D. Strang, Esq.**

**Gallagher Sharp** | Attorneys

Direct: Cleveland 216.522.1037 | Columbus 614.340.2296

Fax: 216.340.2301

sstrang@gallaghersharp.com

www.gallaghersharp.com

OSBA Certified Specialist, Insurance Law



This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by e-mail or by telephone at (216) 241-5310 and delete the communication and destroy all copies. Thank you for your cooperation.