

THE CHANDRA LAW BUILDING
1265 W. 6TH STREET, SUITE 400
CLEVELAND, OH 44113.1326
216.578.1700 OFFICE
216.578.1800 FAX
WWW.CHANDRALAW.COM

January 2, 2020

*Via email to sstrang@gallaghersharp.com*

Steven Strang
Sixth Floor, Bulkley Building
1501 Euclid Avenue,
Cleveland, OH 44115

Re: *Anthony Novak v. City of Parma, et al.*, N.D. Ohio Case No. 1-17-cv-02148

Dear Mr. Strang:

We are enclosing written objections and responses to the City of Parma's interrogatories and document requests in the *Novak v. City of Parma* matter. The interrogatories you provided did not include a form verification; please provide one and we will have it signed and return it.

Thank you for your patience with us through the end-of-the-year rush and holiday season. We hope you had some well-earned downtime.

We are still gathering and organizing responsive documents to comply with your requests, which is time consuming, because we want to provide as comprehensive a production as possible, and some of your requests seem quite broad. We project that we should be able to produce responsive documents to you within about 14 days. My colleague Brian Bardwell is handling that, assisted by paralegal Tabitha Gillombardo.

Also enclosed are Mr. Novak's discovery requests to all three named defendants: interrogatories, document requests, and requests for admissions. We would not be inclined to grant an extension as to the requests for admissions, which will be deemed admitted if not timely answered. The requests for admissions are straightforward; we suggest your clients start with those promptly.

In response to your recent emails, we reiterate that fact-witness and party depositions in this case will be scheduled after paper discovery is fully exchanged. We have offered you, and will continue to hold as long as we are able, the dates of February 11–13; you have not responded. We therefore enclose notices of depositions for the offered dates. We will work collegially with you to reschedule them if they prove unworkable for you or the parties.

Finally, we do not agree that any continuance of the long-scheduled January 15, 2020 status conference is warranted. Mr. Novak's experience thus far with the defense's and insurer's approach to him and his case persuades him that no additional information will spark the defense to a reasonable approach to resolving this case, much less seriously

Page 1 of 2



considering and valuating the harm done to him, acknowledging comparable-case valuations, recognizing the ever-increasing fees[1] and costs the defense has caused him to incur with its unsuccessful tactics, and recognizing the need for forward-looking relief to ensure what happened to him doesn't happen again. The insinuation that somehow a deposition might change the defense's posture is, in Mr. Novak's estimation, as pretextual as the defense's approach to two failed mediations. There is nothing the defense will learn from Mr. Novak's deposition that it does not already know.

We wish to proceed with the status conference as scheduled. If, at some point, the defense has a revelation about its desire to resolve this case, please let us know.

Kindly copy my colleagues Ashlie Case Sletvold and Brian D. Bardwell on all correspondence. Their email addresses are Ashlie.Sletvold@ChandraLaw.com and Brian.Bardwell@ChandraLaw.com.

We wish you and your colleagues all the best for the New Year and the new decade.

Sincerely,

Subodh Chandra

Enclosures

CC: Timothy Dobeck (*law@cityofparma-oh.gov*)
Ashlie Case Sletvold
Brian D. Bardwell

---

[1] Please note that effective January 1, 2020, my hourly rate increased to $525 and my colleagues' rates increased as well. As caselaw permits in fee-shifting matters, we charge fees in fee-shifting matters based on current rates.