# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY NOVAK,** | ) | **CASE NO. 1:17-cv-02148** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| v. | ) | |
| | ) | |
| **THE CITY OF PARMA, et al.,** | ) | **DEFENDANTS CITY OF PARMA,** |
| | ) | **KEVIN RILEY, AND THOMAS** |
| Defendants. | ) | **CONNOR'S NOTICE TO TAKE THE** |
| | ) | **VIDEOTAPED DEPOSITION OF** |
| | ) | **ANTHONY NOVAK** |

Plaintiff will take notice that the undersigned will take the videotaped deposition of Anthony Novak on January 28, 2020 at 10:00 A.M. at the offices of Gallagher Sharp, Sixth Floor Bulkley Building, 1501 Euclid Avenue, Cleveland, Ohio 44115. The deposition is to proceed before a notary public or such other officer as permitted by Rule 30 of the Federal Rules of Civil Procedure, and is intended for all uses permitted by the rule. Defendant reserves the right to record this deposition by video. Examination will continue from day to day until complete.

    Respectfully submitted,

    /s/Steven D. Strang
    **STEVEN D. STRANG (0085444)**
    **GALLAGHER SHARP LLP**
    Sixth Floor Bulkley Building
    1501 Euclid Avenue
    Cleveland, Ohio 44115
    (216) 241-5310 (phone)
    (216) 241-1608 (fax)
    sstrang@gallaghersharp.com
    *Attorney for Defendants City of Parma,*
    *Kevin Riley, and Thomas Connor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Steven D. Strang
**STEVEN D. STRANG (0085444)**
**GALLAGHER SHARP LLP**
*Attorney for Defendants City of Parma,*
*Kevin Riley, and Thomas Connor*