IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY NOVAK** <br> *Plaintiff,* <br> v. <br> **CITY OF PARMA** <br> *Defendant.* | Case No. 1:17-CV-02148 <br><br> Judge Dan Aaron Polster <br><br> Magistrate Judge William H. Baughman, Jr. |
| **PLAINTIFF'S WITHDRAWAL OF STIPULATED MOTION FOR ORDER AUTHORIZING DISCLOSURE OF "COUNSEL-ONLY" MATERIALS** ||

Plaintiff Anthony Novak respectfully withdraws the Stipulated Motion for Order Authorizing Disclosure of "Counsel-Only" Materials (Doc. #47). Since the filing of that motion, the Cuyahoga County Prosecutor's Office consented to the release of materials designated counsel-only, mooting the issues raised in the motion.

Defendants consented to this withdrawal in yesterday's phone call with the Court's chambers.

Respectfully submitted,

February 5, 2020

THE CHANDRA LAW FIRM LLC

*/s/ Brian D. Bardwell*
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Brian D. Bardwell (0098423)
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff Anthony Novak*