## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY NOVAK, | ) | CASE NO. 1:17-cv-02148 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF PARMA, et al., | ) | **DEFENDANT CITY OF PARMA'S** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) | |

Defendant City of Parma hereby moves this court pursuant to Fed.R.Civ.P. 56 to enter summary judgment in its favor on all causes of action. This motion is supported by the attached memorandum in support, which demonstrates that all of Plaintiff's claims against the City of Parma should be dismissed.

Respectfully submitted,

*/s/Steven D. Strang*
**D JOHN TRAVIS (0011247)**
**STEVEN D. STRANG (0085444)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio  44114
(216) 241-5310 (phone)
(216) 241-1608 (fax)
jtravis@gallaghersharp.com
sstrang@gallaghersharp.com
*Attorneys for Defendants City of Parma,*
*Kevin Riley, and Thomas Connor*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the <u>13th</u> day of November, 2020 the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                            */s/Steven D. Strang*
                                                            **D JOHN TRAVIS (0011247)**
                                                            **STEVEN D. STRANG (0085444)**
                                                            *Attorneys for Defendant City of Parma, Kevin Riley, and Thomas Connor*