NAME OF DEFENDANT: Novak, Anthony C.   INC.#_____   CASE # 16CRA01029

COMPANION/RELATED CASE # _____

16CRA01029 (1) AT PARMA
Inc# 201604446

ANTHONY C NOVAK
LKA 8310 PINEGROVE AVE PARMA OH 44129

Redaction  DoB:11/27/88  Cited:03/02/16

TE898786

Ticket# PWNOVAK   Ord./O.R.C. # 2909.04   (F4) DISRUPT PUBLIC SERV   Charge

dotter

| FORFEITURE | TYPE OF BOND | DEPOSITOR |
|---|---|---|
| $ | ☐ CASH ☐ PERS. ☐ 10% ☐ UNSEC. ☐ SURETY | CHECK # |

WARRANT  ORIGINAL CASE NO.

| ☐ JURY DEMAND | ASSIGNMENT | ☐ CARD |
|---|---|---|
| | ☐ ATTORNEY ☐ COURT APPOINTED | |

DEFENDANT'S ATTORNEY: Kelly Zacharias   REQ. #   PHONE NO.

PROSECUTOR   PRETRIAL DATE

TIME WAIVER SIGNED   LOT DATE   CONTROL DATE

DATE   NEXT ACTION

☐ Defendant did not appear for Preliminary Hearing - Issue Warrant Body Attachment - BOND $ ___
DATE   OSJ   JUDGE/MAGISTRATE

**PARMA MUNICIPAL COURT**
**ARRAIGNMENT**
**JOURNAL ENTRY**

Defendant in court, complaint read. Defendant informed as to the nature of the charge and penalties; the right to counsel; the right to reasonable continuance to obtain counsel; the right to court appointed counsel at no cost if the defendant is found indigent; the right to remain silent; the right to a preliminary hearing and the right to reasonable bond.

X Defendant stated he/she understood all of the above.

___ Defendant requested appointment by court of counsel; defendant completed affidavit of financial status. Court appoints _____ as counsel.

___ Arraignment set for _____ Preliminary hearing set for _____

**BAIL ORDER - Crim. R.46(F), (G)**

IT IS ORDERED that the defendant be released upon the following condition(s):
☐ His personal recognizance.
☐ The execution of an unsecured appearance bond in the amount of $_____
☐ The execution of an appearance bond in the amount of $_____ with a deposit of $25.00 (or ten percent of the amount of the bond, whichever is greater) payable to the clerk of the court.
☐ The execution of a bail bond in the amount of $_____ with sufficient sureties. Or that he deposit cash in the amount of $_____ with the clerk of court
☐ That his area of travel be limited to:
☐ That he may not associate with the following individuals:
☐ That his place of abode be located within:

DATE   OSJ   JUDGE/MAGISTRATE

**JOURNAL ENTRY**

X Defendant waives Preliminary Hearing; Probable Cause Shown - deft. ordered bound over to the Grand Jury of Cuyahoga County for further proceedings according to law. BOND 5000/10%
☐ Preliminary Hearing Had; Probable Cause Shown - deft. ordered bound over to the Grand Jury of Cuyahoga County for further proceedings according to law. BOND _____
Defendant given ___ days credit for jail time served

X EDC Hearing 3-28-16 at 1:00pm

MAR 25 2016
DATE   OSJ   JUDGE/MAGISTRATE

PLAINTIFF'S EXHIBIT 6

# IN THE
# PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

16 MAR 25 AM 11: 20

CITY OF _Parma_

STATE OF OHIO

V.

_Anthony Novak_

CASE NO. _16CRA01029_

JUDGE _____

**WAIVER; PRELIMINARY HEARING**
**CRIM. R. 5 (B) (1)**

## WAIVER

Defendant appeared in open Court, this _25_ day of _March_, 20 _16_ and was advised (1) of the nature of the charge against him; (2) that he has a right to counsel and the right to a reasonable continuance in the proceedings to secure counsel, and, pursuant to rule 44, the right to counsel assigned without cost to himself if he is unable to employ counsel; (3) that he need make no statement and that any statements made may be used against him; (4) of his right to a preliminary hearing in a felony case unless waived in writing by this document.

Being so advised and having satisfied this Court that he understands the foregoing, defendant hereby waives preliminary hearing and this Court affixes its signature above that of defendant attesting this procedure and waiver.

_[signature]_
Court

_[signature]_
Defendant

PARMA MUNICIPAL COURT
5555 Powers Boulevard
Parma, Ohio 44129-5593
(440) 887-7400

## STATEMENT OF COURT COSTS

Case Number: 16CRA01029
C.IF. Number:

**PARMA MUNICIPAL COURT/ STATE OF OHIO**

-vs-

ANTHONY C NOVAK
LKA 8310 PINEGROVE AVE
PARMA, OH 44129

| | |
|---|---:|
| Complaint - Affidavit | $1.00 |
| Warrant | $5.00 |
| Continuance | $2.00 |
| Mittimus to County Jail | |
| Filing Papers, $.05 each | $1.00 |
| Order on Jailor | |
| Indexing Case | $0.50 |
| Itemized Cost Bill | $1.00 |
| Sitting in Case | $1.00 |
| This Transcript | $2.50 |
| **BAILIFFS FEES** | |
| Serving Warrant | $5.00 |
| Milage | |
| Serving of Mittimus to County Jail | $1.00 |
| Committing to County Jail | |
| TOTAL COSTS | $20.00 |

The State of Ohio, City of Parma, ss

I, Martin E. Vittardi, Clerk of Municipal Court of said city, do hereby certify that the above is a bill of costs in said case as fully appears on record. Given under my hand and seal of said Court, this 03/25/2016

Martin E. Vittardi, Clerk of Courts

By _____
Deputy Clerk of Parma Municipal Court

Incident Number: 201604446

STATE OF OHIO
COUNTY OF CUYAHOGA
PARMA

-vs-

# CHARGE

ANTHONY C NOVAK
LKA 8310 PINEGROVE AVE
PARMA, OH 44129

Case Number: 16CRA01029
C.I.F. Number:
Ordinance/Charge: 2909.04 DISRUPT PUBLIC SERVICE

Defendant arrested on warrant founded on complaint charging said defendant ANTHONY C NOVAK with the charges(s) listed above as therein set forth; said complaint being made before the Clerk of this Court by DET. THOMAS CONNOR on 03/02/2016.

Warrant returned on 03/25/2016 by the bailiff of Parma Municipal Court, with the body of said defendant and after examination before MAGISTRATE EDWARD J. FINK of the court, it is ordered and required of the said defendant that he furnish bail for his personal appearance at the present term of the Court of Common Pleas of Cuyahoga County on the first day of the term thereof, in the sum of 5000 dollars 10%, or in default stand committed.

Bail fixed in the sum of 5000 10%

1 DAY CREDIT

       MAGISTRATE EDWARD J. FINK of Parma Municipal Court of Parma Municipal Court

State of Ohio, City of Parma

I, Martin E. Vittardi, Clerk of Parma Municipal Court, do hereby certify that the foregoing is a true transcript of the proceedings had before the said Court in said cause as the same appears on record.

Given under my hand and seal of said Court this 03/25/2016

       Martin E. Vittardi, Clerk of Parma Municipal Court

       Deputy Clerk

Mailed this 03/25/2016

Incident Number: 201604446

**STATE OF OHIO**

**COUNTY OF CUYAHOGA**

**PARMA**

# FINAL MITTIMUS

Case Number: 16CRA01029

C.I.F. Number:

To Keeper of the Cuyahoga County Jail, Greeting:

Whereas, ANTHONY C NOVAK, late of said County, has been arrested on the oath of DET. THOMAS CONNOR, further, that in the County of Cuyahoga, on or about the 02 day of March, 2016, the said ANTHONY C NOVAK has been bound over to the Grand Jury of said County for further proceedings, having **WAIVED PRELIMINARY HEARING** on the charge of 2909.04 DISRUPT PUBLIC SERVICE on the 25TH day of MARCH, 2016 with bond set in the amount of $5000.00 - 10% CASH BOND

AND WHEREAS, the said ANTHONY C NOVAK, having been examined by me, MAGISTRATE EDWARD J FINK of the Parma Municipal Court in and for said County, on the Charge and Complaint aforesaid, and has been required by me to find securities in the sum of $5000.00 - 10% CASH BOND for defendants personal appearance before Common Pleas Court in and for said County, on the first day of the term thereof next to be holden, to answer said charge, and having refused or neglected so to do:

THEREFORE in the name of the State of Ohio, I command you to receive the said ANTHONY C NOVAK into your custody in Cuyahoga County Jail there to remain until discharged by due course of law.

**MITTIMUS ISSUED IN LIEU OF BOND**

Given under my hand and seal, this March 25, 2016

_____
MAGISTRATE EDWARD J. FINK



Clerk of Courts, Nailah K. Byrd
County of Cuyahoga

## MUNICIPAL COURT BINDOVER FORM
Scan/email with bindover documents to bindover@cuyahogacounty.us

Defendant's Last Name: Novak   First Name: Anthony

Municipal Court Jurisdiction: Parma   Case Number: 16CRA 01029

All charges included in bindover: Disrupt Public Service F4

Date of Arrest: _____   Date Complaint Filed: 3-18-16

Date of Probable Cause Hearing: _____   Credit time for days served: 1

Court costs imposed: _____

Bond amount and type (cash/surety/property/10%): Surs 1070

Bond agent: _____   Local bonding company: _____

Conditions of the bond, if any: _____

Is an EDC or Initial appearance requested? [ ] NO   [X] YES (Please include with bindover documents)

Notice for First Appearance in Common Pleas Court date given (MM/DD/YY): 3-28-16 e 1/m

Is there a TPO on the case? [X] NO   [ ] YES (Please include with bindover documents)

Any additional information: _____

| TRANSMISSION VERIFICATION REPORT | |
|---|---|
| | TIME : 03/25/2016 10:29 |
| | NAME : |
| | FAX : |
| | TEL : |
| | SER.# : U63315E3J404055 |

| | |
|---|---|
| DATE, TIME | 03/25 10:28 |
| FAX NO./NAME | 14408877395 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

DFNT-0003608

MARTY VITTARDI
CLERK OF COURT



Parma Municipal Court
5555 Powers Boulevard
Parma, Ohio 44129

(440) 887 - 7400

# FAX TRANSMISSION

TO: Parma Jail

FROM: _____

PHONE: (440)-887-7400   ext.# _____

DATE: 8-25-16

SUBJECT: Anthony Novak

NO. OF PAGES INCLUDING COVER SHEET: 2

MESSAGE: Mitts... Bound over

If you do not receive all pages of this transmission, please call the sender at the above listed telephone number and extension.

SMW-11-29-01

**STATE OF OHIO**

**COUNTY OF CUYAHOGA**

**PARMA**

# FINAL MITTIMUS

Case Number: 16CRA01029

C.I.F. Number:

To Keeper of the Cuyahoga County Jail, Greeting:

Whereas, ANTHONY C NOVAK, late of said County, has been arrested on the oath of DET. THOMAS CONNOR, further, that in the County of Cuyahoga, on or about the 02 day of March, 2016, the said ANTHONY C NOVAK has been bound over to the Grand Jury of said County for further proceedings, having **WAIVED PRELIMINARY HEARING** on the charge of 2909.04 DISRUPT PUBLIC SERVICE on the 25TH day of MARCH, 2016 with bond set in the amount of $10,000.00 - 10% CASH BOND

AND WHEREAS, the said ANTHONY C NOVAK, having been examined by me, MAGISTRATE EDWARD J FINK of the Parma Municipal Court in and for said County, on the Charge and Complaint aforesaid, and has been required by me to find securities in the sum of $10,000.00 - 10% CASH BOND for defendants personal appearance before Common Pleas Court in and for said County, on the first day of the term thereof next to be holden, to answer said charge, and having refused or neglected so to do:

THEREFORE, in the name of the State of Ohio, I command you to receive the said ANTHONY C NOVAK into your custody in Cuyahoga County Jail there to remain until discharged by due course of law.

**MITTIMUS ISSUED IN LIEU OF BOND**

Given under my hand and seal, this March 25, 2016

_____
MAGISTRATE EDWARD J. FINK

**NAME OF DEFENDANT** Novak, Anthony C.    **INC. #** _____    **CASE #** 16CRA01029

**COMPANION/RELATED CASE #** _____

16CRA01029 (1)    Inc# 201604446
AT
                                PARMA
ANTHONY C NOVAK
LKA 8310 PINEGROVE AVE PARMA OH 44129
Redaction    DoB:11/27/88    Cited:03/02/16
TE898786
Ticket#    Ord. /O.R.C. #          Charge
FWNOVAK    2909.04    (F4) DISRUPT PUBLIC SERV

dotter

| BOND AMOUNT | TYPE OF BOND | | DEPOSITOR |
|---|---|---|---|
| $ | ☐ CASH  ☐ PERS.  ☐ 10% | | |
|   | ☐ UNSEC.  ☐ SURETY | | CHECK # |

**WARRANT** ORIGINAL CASE NO.

☐ JURY DEMAND    **ASSIGNMENT**    ☐ CARD
              ☐ ATTORNEY  ☐ COURT APPOINTED
DEFENDANT'S ATTORNEY    REG. #    PHONE NO.
KELLY ZACHARIAS
PROSECUTOR                  PRETRIAL DATE

TIME WAIVER SIGNED    LOT DATE    CONTROL DATE

DATE        NEXT ACTION

☐ Defendant did not appear for Preliminary Hearing - Issue Warrant Body Attachment - BOND $
DATE    OSJ    JUDGE/MAGISTRATE

**F E L O N Y**

**PARMA MUNICIPAL COURT**
**ARRAIGNMENT**
**JOURNAL ENTRY**

Defendant in court, complaint read. Defendant informed as to the nature of the charge and penalties; the right to counsel; the right to reasonable continuance to obtain counsel; the right to court appointed counsel at no cost if the defendant is found indigent; the right to remain silent; the right to a preliminary hearing and the right to reasonable bond.

_X_ Defendant stated he/she understood all of the above.

___ Defendant requested appointment by court of counsel; defendant completed affidavit of financial status. Court appoints _____ as counsel.

___ Arraignment set for _____ Preliminary hearing set for _____

**BAIL ORDER – Crim. R.46(F), (G)**
IT IS ORDERED that the defendant be released upon the following condition(s):
☐ His personal recognizance
☐ The execution of an unsecured appearance bond in the amount of $ _____
☐ The execution of an appearance bond in the amount of $ _____, with a deposit of $25.00 (or ten percent of the bond, whichever is greater) payable to the clerk of the court)
☐ The execution of a bail bond in the amount of $ _____, with sufficient sureties. Or that he deposit cash in the amount of $ _____, with the clerk of court.
☐ That his area of travel be limited to:
☐ That he may not associate with the following individuals:
☐ That his place of abode be located within:

DATE    OSJ    JUDGE/MAGISTRATE

**JOURNAL ENTRY**
☒ Defendant waives Preliminary Hearing; Probable Cause Shown - deft. ordered bound over to the Grand Jury of Cuyahoga County for further proceedings according to law. BOND 1000./10%
☐ Preliminary Hearing Had; Probable Cause Shown - deft. ordered bound over to the Grand Jury of Cuyahoga County for further proceedings according to law. BOND _____
Defendant given ___1___ days credit for jail time served
☒ EDC Hearing 3-28-16 at 1:00 pm

MAR 25 2016
DATE    OSJ    JUDGE/MAGISTRATE

16CRA01029

SS: ###-##-9524
DOB: 11/27/1988
Race: W - Gender: M - Hgt: 6'01" - Weight: 250
Eyes: BRO - Hair: BRO

16 MAR 18 PM 2:52    Bond: Hold for Court

# ***WARRANT***

**THE STATE OF OHIO**  
Cuyahoga County,  s.s.  
City of Parma

To any Police Officer of said City of Parma,  
Greeting:

Whereas, there has been filed before me a Complaint of which the following is a Copy.

Before me, Judge/Magistrate _____ of the Municipal Court of the City of Parma, personally appeared **DET. THOMAS CONNOR**, who being duly sworn according to law, deposes and says, that on or about 03/02/2016, within the City of Parma, Cuyahoga County, State of Ohio ANTHONY C. NOVAK did:

KNOWINGLY USE ANY COMPUTER, COMPUTER SYSTEM, COMPUTER NETWORK, TELECOMMUNICATIONS DEVICE, OR OTHER ELECTRONIC DEVICE OR SYSTEM OR THE INTERNET SO AS TO DISRUPT INTERRUPT, OR IMPAIR THE FUNCTIONS OF ANY POLICE, FIRE, EDUCATIONAL, COMMERCIAL OR GOVENMENTAL OPERATIONS, TO-WIT: ANTHONY C. NOVAK CREATED A FAKE FACEBOOK ACCOUNT, PURPORTING IT TO BE A LEGITAMATE PARMA POLICE FACEBOOK PAGE, AT TO-WIT: 5555 POWERS BLVD.

in violation of Ohio Revised Code: 2909.04 - DISRUPT PUBLIC SERVICE (F4) and further says not.

_____  
Affiant  
DET. THOMAS CONNOR

Sworn to and subscribed before me, this date : 03/18/2016.

By: _____Edward J. Fox_____ Judge/Magistrate

These are Therefore to Command you to take the said ANTHONY C. NOVAK if he/she is found in your County, or if he/she fled, that you pursue after him/her in any other county in the State, and take and safely keep the said ANTHONY C. NOVAK so that you have their body forthwith before the Judge of Parma Municipal Court to answer the complaint, and be further dealt with according to law.

Given under my hand and official seal, on this date 03/18/2016.

By: _____Edward J. Fox_____ Judge/Magistrate

03/18/2016

RRCC

# IN THE PARMA MUNICIPAL COURT
# CUYAHOGA COUNTY, OHIO

16 MAR 18 PM 2:52

City of Parma

Case Number: 16CRA01629

STATE OF OHIO
v.
ANTHONY C. NOVAK
LKA 8310 PINEGROVE AVE
PARMA, OH 44129

Judge: _____

SS:     ###-##-9524
DOB:    11/27/1988
Race: W -Gender: M -Hgt: 6'01" -Weight: 250
Eyes: BRO  Hair: BRO

## COMPLAINT

The undersigned complainant, being duly sworn, states that on or about 03/02/2016, within the City of Parma, Cuyahoga County, State of Ohio, ANTHONY C. NOVAK did:

KNOWINGLY USE ANY COMPUTER, COMPUTER SYSTEM, COMPUTER NETWORK, TELECOMMUNICATIONS DEVICE, OR OTHER ELECTRONIC DEVICE OR SYSTEM OR THE INTERNET SO AS TO DISRUPT, INTERRUPT, OR IMPAIR THE FUNCTIONS OF ANY POLICE, FIRE, EDUCATIONAL, COMMERCIAL OR GOVENMENTAL OPERATIONS, TO-WIT: ANTHONY C. NOVAK CREATED A FAKE FACEBOOK ACCOUNT, PURPORTING IT TO BE A LEGITIMATE PARMA POLICE FACEBOOK PAGE, IMPAIRING THE FUNCTIONS OF THE PARMA POLICE DEPARTMENT IN THEIR GOVERNMENTAL OPERATIONS, AT TO-WIT: 5555 POWERS BLVD.

in violation of Ohio Revised Code:     2909.04 - DISRUPT PUBLIC SERVICE (F4)

The complaint is based upon aforementioned facts and circumstances known to the complainant.

_____
Complainant's Signature
DET. THOMAS CONNOR

Sworn to and subscribed before me on   Edward O. _____   3-18-16
                                       Judge/Magistrate      DATE

or

_____
Notary Public.
My Commission expires_____
Cuyahoga County, State of Ohio

Incident-#
03/18/2016

PARMA MUNICIPAL COURT

16 MAR 18 PM 2:52

# PARMA MUNICIPAL COURT

## PERSONAL IDENTIFIER FORM

**CASE INFORMATION:**

**Case Number:** _____

**Defendant:** NOVAK, Anthony C.
**Previous/Maiden Name:** _____

**Social Security Number:** [Redaction]

Now comes Parma Police Officer/**Detective**/Victim: Tom Connor

who hereby provides the Court with the following personal identifiers which were

obtained through OHLEG/LEADS and have been omitted from the case identified

above and filed with the Clerk of Court on _____.

*Pursuant to Sup.R.44(H) of the Rules of Superintendence for the Courts of Ohio, "personal identifiers" are defined as social security numbers, except for the last four digits, financial account numbers, including but not limited to debit cards, charge card and credit card numbers; employer and employee identification numbers; and a juvenile's name in an abuse, neglect or dependency case, except for the juvenile's initials or a generic abbreviation such as "CV" for "child victim". Personal identifiers are required to be omitted from any case document filed with the Clerk. Sup.R.45(D)(1). The responsibility for omitting personal identifiers from a case document filed with the Clerk rests solely with the party. Sup.R.45(D)(3).*

## THIS FORM IS NOT FOR PUBLIC ACCESS/RELEASE

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

16 MAR 18 PM 2:52

City of Parma     Case Number: 16CRA01029

STATE OF OHIO     Judge: _____
v.
ANTHONY C. NOVAK
LKA 8310 PINEGROVE AVE
PARMA, OH 44129

SS:     ###-##-9524
DOB:    11/27/1988
Race: W -Gender: M -Hgt: 6'01" -Weight: 250
Eyes: BRO Hair: BRO

# COMPLAINT

The undersigned complainant, being duly sworn, states that on or about 03/02/2016, within the City of Parma, Cuyahoga County, State of Ohio, ANTHONY C. NOVAK did:

KNOWINGLY USE ANY COMPUTER, COMPUTER SYSTEM, COMPUTER NETWORK, TELECOMMUNICATIONS DEVICE, OR OTHER ELECTRONIC DEVICE OR SYSTEM OR THE INTERNET SO AS TO DISRUPT, INTERRUPT, OR IMPAIR THE FUNCTIONS OF ANY POLICE, FIRE, EDUCATIONAL, COMMERCIAL OR GOVENMENTAL OPERATIONS, TO-WIT: ANTHONY C. NOVAK CREATED A FAKE FACEBOOK ACCOUNT, PURPORTING IT TO BE A LEGITIMATE PARMA POLICE FACEBOOK PAGE, IMPAIRING THE FUNCTIONS OF THE PARMA POLICE DEPARTMENT IN THEIR GOVERNMENTAL OPERATIONS, AT TO-WIT: 5555 POWERS BLVD.

in violation of Ohio Revised Code:     2909.04 - DISRUPT PUBLIC SERVICE (F4)

The complaint is based upon aforementioned facts and circumstances known to the complainant.

_____
Complainant's Signature
DET. THOMAS CONNOR

Sworn to and subscribed before me on  Edward O. _____   3-18-16
                                       Judge/Magistrate       DATE

or

_____
Notary Public.
My Commission expires_____
Cuyahoga County, State of Ohio

Incident-#
03/18/2016

16CRA01029

SS: ###-##-9524
DOB: 11/27/1988
Race: W - Gender: M - Hgt: 6'01" - Weight: 250
Eyes: BRO - Hair: BRO

PARMA ... AL C... 16 MAR 18 PM 2:52

Bond: Hold for Court

# ***WARRANT***

**THE STATE OF OHIO**  To any Police Officer of said City of Parma,
Cuyahoga County, s.s.  Greeting:
City of Parma

Whereas, there has been filed before me a
Complaint of which the following is a Copy.

Before me, Judge/Magistrate _____ of the Municipal Court of the City of Parma,

personally appeared **DET. THOMAS CONNOR**, who being duly sworn according to law, deposes and

says, that on or about 03/02/2016, within the City of Parma, Cuyahoga County, State of Ohio ANTHONY C. NOVAK did

KNOWINGLY USE ANY COMPUTER, COMPUTER SYSTEM, COMPUTER NETWORK, TELECOMMUNICATIONS DEVICE, OR OTHER ELECTRONIC DEVICE OR SYSTEM OR THE INTERNET SO AS TO DISRUPT INTERRUPT, OR IMPAIR THE FUNCTIONS OF ANY POLICE, FIRE, EDUCATIONAL, COMMERCIAL OR GOVENMENTAL OPERATIONS, TO-WIT: ANTHONY C. NOVAK CREATED A FAKE FACEBOOK ACCOUNT, PURPORTING IT TO BE A LEGITAMATE PARMA POLICE FACEBOOK PAGE, AT TO-WIT: 5555 POWERS BLVD.

in violation of Ohio Revised Code: 2909.04 - DISRUPT PUBLIC SERVICE (F4) and further says not.

_____
Affiant
DET. THOMAS CONNOR

Sworn to and subscribed before me, this date :03/18/2016.

By: ____Edward J. Fox____ Judge/Magistrate

These are Therefore to Command you to take the said ANTHONY C. NOVAK if he/she is found in your County, or if he/she fled, that you pursue after him/her in any other county in the State, and take and safely keep the said ANTHONY C. NOVAK so that you have their body forthwith before the Judge of Parma Municipal Court to answer the complaint, and be further dealt with according to law.

Given under my hand and official seal, on this date 03/18/2016.

By: ____Edward J. Fox____ Judge/Magistrate

03/18/2016