# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 28, 2022

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Sep 30, 2022
DEBORAH S. HUNT, Clerk

Re: Anthony Novak
v. City of Parma, Ohio, et al.
No. 22-293
(Your No. 21-3290)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 26, 2022 and placed on the docket September 28, 2022 as No. 22-293.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst